CLOSED

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:18-cr-00308-TSE-1

Case title: USA v. Man  
Magistrate judge case number: 1:18-mj-00289-JFA

Date Filed: 08/15/2018  
Date Terminated: 05/17/2019

Assigned to: District Judge T. S. Ellis, III

**Defendant (1)**

**Markara Man**  
*TERMINATED: 05/17/2019*

represented by **Evan Michael Lisull**  
Kalbian Hagerty LLP  
888 17th St NW  
Suite 1000  
Washington, DC 20006  
202-223-5600  
Fax: 202-223-6625  
Email: elisull@kalbianhagerty.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:115(a)(1)(A) and 1114 Intimidating, Interfering with, or Retaliating Against a Federal Official by Threatening a Family Member FORFEITURE (1) | 20 months w/3 Year SR Term w/special conds; $100 SA |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:115(a)(1)(A) Intimidating, Interfering with, or Retaliating Against a Federal Official by Threatening to Murder a Family Member | |

**Plaintiff**

**USA**      represented by    **Alexander Patrick Berrang**
United States Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
**NA**
703-299-3700
Email: Alexander.P.Berrang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2018 | 1 | COMPLAINT as to Markara Man (1). (jlan) [1:18-mj-00289-JFA] (Entered: 06/21/2018) |
| 06/20/2018 | 2 | AFFIDAVIT by USA as to Markara Man 1 Complaint (jlan) (Main Document 2 replaced on 6/29/2018) (jlan, ). [1:18-mj-00289-JFA] (Entered: 06/21/2018) |
| 06/20/2018 | 4 | Redacted Criminal Case Cover Sheet (jlan) [1:18-mj-00289-JFA] (Entered: 06/21/2018) |
| 06/20/2018 | 5 | MOTION to Seal by USA as to Markara Man. (jlan) [1:18-mj-00289-JFA] (Entered: 06/21/2018) |
| 06/20/2018 | 6 | ORDER granting 5 Motion to Seal **until defendant is arrested** as to Markara Man (1). Signed by Magistrate Judge John F. Anderson on 06/20/2018. (jlan) [1:18-mj-00289-JFA] (Entered: 06/21/2018) |
| 06/20/2018 | 7 | Arrest Warrant Issued by Magistrate Judge John F. Anderson in case as to Markara Man. (jlan) [1:18-mj-00289-JFA] (Entered: 06/21/2018) |
| 06/29/2018 | | Case unsealed as to Markara Man (jlan) [1:18-mj-00289-JFA] (Entered: 06/29/2018) |
| 07/13/2018 | 8 | NOTICE OF ATTORNEY APPEARANCE: Evan Michael Lisull appearing for Markara Man (Lisull, Evan) [1:18-mj-00289-JFA] (Entered: 07/13/2018) |
| 07/13/2018 | 9 | Motion to appear Pro Hac Vice by Edward Murray Robinson and Certification of Local Counsel Evan Michael Lisull (Filing fee $ 75 receipt number 0422-6176867.) by Markara Man. (Lisull, Evan) [1:18-mj-00289-JFA] (Entered: 07/13/2018) |
| 07/13/2018 | 10 | ORDER granting 9 Motion to appear Pro Hac Vice by Edward Murray Robinson and Certification of Local Counsel Evan Michael Lisull as to Markara Man (1). Signed by Magistrate Judge John F. Anderson on 07/13/2018. (jlan) [1:18-mj-00289-JFA] (Entered: 07/13/2018) |
| 07/17/2018 | 11 | Joint MOTION for Protective Order by USA as to Markara Man. (Berrang, Alexander) [1:18-mj-00289-JFA] (Entered: 07/17/2018) |
| 07/17/2018 | 13 | MOTION for Extension of Time to Indict by USA, Markara Man as to Markara Man. (kbar) [1:18-mj-00289-JFA] (Entered: 07/18/2018) |
| 07/17/2018 | 14 | ORDER granting 13 Motion for Extension of Time to Indictment up to and including August 28, 2018 as to Markara Man (1). Signed by District Judge Leonie M. Brinkema on 7/17/18. (kbar ) [1:18-mj-00289-JFA] (Entered: 07/18/2018) |
| 07/18/2018 | 12 | Protective Order as to Markara Man. Signed by Magistrate Judge John F. Anderson on |

| | | |
|---|---|---|
| | | 07/18/2018. (wgar, ) [1:18-mj-00289-JFA] (Entered: 07/18/2018) |
| 08/07/2018 | 15 | Rule 5(c)(3) Documents Received as to Markara Man. (kbar, ) [1:18-mj-00289-JFA] (Entered: 08/07/2018) |
| 08/07/2018 | 16 | CJA 23 Financial Affidavit by Markara Man (kbar, ) [1:18-mj-00289-JFA] (Entered: 08/07/2018) |
| 08/07/2018 | 17 | Psychiatric Report Received (Sealed) as to Markara Man. (kbar, ) [1:18-mj-00289-JFA] (Entered: 08/07/2018) |
| 08/07/2018 | | Arrest of Markara Man in Central District of California. (kbar) [1:18-mj-00289-JFA] (Entered: 08/07/2018) |
| 08/07/2018 | 18 | Cash Bond Entered in the Central District of California in amount of $ $150,000.00. Defendant released as to Markara Man (kbar ) [1:18-mj-00289-JFA] (Entered: 08/07/2018) |
| 08/07/2018 | 19 | Sealed Bond re: 18 Redacted Bond as to Markara Man. (kbar, ) [1:18-mj-00289-JFA] (Entered: 08/07/2018) |
| 08/15/2018 | 20 | INFORMATION as to Markara Man (1) count(s) 1. (jlan) (Entered: 08/16/2018) |
| 08/15/2018 | 22 | Redacted Criminal Case Cover Sheet (jlan) (Entered: 08/16/2018) |
| 08/16/2018 | | Set Hearing as to Markara Man:<br>Plea Agreement Hearing set for 8/31/2018 at 03:00 PM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (rban, ) (Entered: 08/16/2018) |
| 08/17/2018 | 23 | Consent MOTION for Extension of Time to Indict *(Second Motion)* by USA as to Markara Man. (Attachments: # 1 Proposed Order)(Berrang, Alexander) (Entered: 08/17/2018) |
| 08/20/2018 | 24 | Consent MOTION to allow pro hac vice counsel to appear for hearing and excuse local counsel from attending initial appearance-change of plea hearing by Markara Man. (Attachments: # 1 Proposed Order)(Lisull, Evan) (Entered: 08/20/2018) |
| 08/20/2018 | 25 | ORDER granting 23 Motion for Extension of Time to Indict; ORDERED that the time period for indicting the Defendant Markara Man be and is hereby extended up to and including September 7,2018 as to Markara Man (1). Signed by District Judge T. S. Ellis, III on 08/20/2018. (jlan) (Entered: 08/21/2018) |
| 08/27/2018 | 26 | So Ordered re 24 Consent MOTION to allow pro hac vice counsel to appear for hearing and excuse local counsel from attending initial appearance-change of plea hearing filed by Markara Man. Signed by District Judge T. S. Ellis, III on 8/27/2018. (lcre, ) (Entered: 08/28/2018) |
| 08/28/2018 | 27 | ORDERED that the following conditions of Release as to Markara Man shall be added: 1. The defendant's GPS unit shall not be removed by the Central District of California, Los Angeles Division, for the purpose of travel to the Eastern District of Virginia or elsewhere, and the defendant must travel in the custody of his third party custodian, Michael Man, during the pendency of case. All other conditions of release remain in full force and effect. Signed by District Judge T. S. Ellis, III on 08/28/2018. (jlan) (Entered: 08/28/2018) |
| 08/30/2018 | 28 | MOTION for Bail Pending Sentencing 18 U.S.C §3145(c) by Markara Man. (Attachments: # 1 Proposed Order)(Lisull, Evan) (Entered: 08/30/2018) |
| 08/31/2018 | 29 | Opposition by USA as to Markara Man re 28 MOTION for Bail Pending Sentencing 18 U.S.C §3145(c) (Berrang, Alexander) (Entered: 08/31/2018) |
| 08/31/2018 | 30 | WAIVER OF INDICTMENT by Markara Man (1). (mpha) (Entered: 09/05/2018) |
| 08/31/2018 | 31 | Minute Entry for proceedings held before District Judge T. S. Ellis, III: |

| | | |
|---|---|---|
| | | Plea Agreement Hearing as to Markara Man held on 8/31/2018. Defendant present w/ counsel Edward M. Robinson. Alexander P. Berrang present on behalf of USA. Defendant PG to Count 1 of the Criminal Information (filed prior to hearing on 8/15/2018 - see doc. 20 ). The Court accepts plea and defendant directed to USPO for PSIR. Sentencing set for 12/7/2018 at 09:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. Defendant remanded to the custody of the USMS and is to be seen promptly by a MH professional re: prescriptions/medication, etc. Order to follow. (Court Reporter Tonia Harris)(mpha) (Entered: 09/05/2018) |
| 08/31/2018 | 32 | SEALED ORDER as to Markara Man: defendant's motion for release pending sentencing 28 is DENIED; defendant is remanded to the custody of the United States Marshal pending sentencing - See sealed order for full details. Signed by District Judge T. S. Ellis, III on 08/31/2018. (mpha) (Entered: 09/05/2018) |
| 08/31/2018 | 33 | PLEA AGREEMENT as to Markara Man (1). (mpha) (Entered: 09/05/2018) |
| 08/31/2018 | 39 | Statement of Facts as to Markara Man (jlan) (Entered: 11/26/2018) |
| 11/01/2018 | 34 | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED - government and defense counsel) as to Markara Man. Objections to PSI due 11/19/2018. (palya, mary) (Entered: 11/01/2018) |
| 11/20/2018 | 35 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) as to Markara Man. (Attachments: # 1 Letter PSR addendum/correction/attachments ltr)(palya, mary) (Entered: 11/20/2018) |
| 11/26/2018 | 37 | Joint MOTION for Docketing of Statement of Facts by USA as to Markara Man. (Attachments: # 1 Proposed Order)(Berrang, Alexander) (Entered: 11/26/2018) |
| 11/26/2018 | 38 | ORDER granting 37 Joint MOTION for Docketing of Statement of Facts as to Markara Man (1). Signed by District Judge T. S. Ellis, III on 11/26/2018. (jlan) (Entered: 11/26/2018) |
| 11/27/2018 | 40 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) *Updated Sentencing PSR* as to Markara Man. (Attachments: # 1 Letter New Information ltr)(palya, mary) (Entered: 11/27/2018) |
| 11/28/2018 | 41 | Position on Sentencing by Markara Man (Lisull, Evan) (Entered: 11/28/2018) |
| 11/30/2018 | 42 | Position on Sentencing by USA as to Markara Man (Berrang, Alexander) (Entered: 11/30/2018) |
| 12/06/2018 | 43 | NOTICE *of Intent to Declare Doubt* by Markara Man (Lisull, Evan) (Entered: 12/06/2018) |
| 12/07/2018 | 44 | Minute Entry for proceedings held before District Judge T. S. Ellis, III:Docket Call as to Markara Man held on 12/7/2018.<br>USA appeared through Alexander Berrang. Defendant appeared with Evan Lisull and Edward Robinson.<br>This matter is called for sentencing. Defense counsel motions to court for mental health evaluation GRANTED. Sentencing continued to a date to be determined. Order to follow. Defendant remanded.<br>Court Reporter: T. Harris(tran) (Entered: 12/07/2018) |
| 12/07/2018 | | Terminate Deadlines and Hearings as to Markara Man: (tran, ) (Entered: 12/07/2018) |
| 12/07/2018 | 45 | ORDERED that the United States Marshal and/or the Bureau of Prisons shall arrange for the defendant to undergo a psychiatric examination. This examination shall occur and a report shall be filed with the Court by an appropriate medical provider on or before |

| | | |
|---|---|---|
| | | February 15, 2019.It is further ORDERED that defendants sentencing hearing is held in abeyance.<br>It is further ORDERED that a status conference and/or sentencing hearing shall be held on Friday, March 1, 2019 at 9:00 a.m. Signed by District Judge T. S. Ellis, III on 12/7/2018. Status Conference/Sentencing Hearing reset for 3/1/2019 at 09:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III.<br>(tran) (Entered: 12/10/2018) |
| 12/17/2018 | 46 | MOTION to exonerate bond by Markara Man. (Attachments: # 1 Proposed Order)(Lisull, Evan) (Entered: 12/17/2018) |
| 12/18/2018 | 47 | ORDERED that the bond posted in the Central District of California in Magistrate Number 18-mj-289 transferred to the EDVA in 18-cr-308 is released re 46 Motion as to Markara Man (1). Signed by District Judge T. S. Ellis, III on 12/18/2018. (lcre, ) (Entered: 12/18/2018) |
| 12/19/2018 | 48 | Arrest Warrant Returned Executed on 07/10/2018 in case as to Markara Man. (jlan) (Entered: 12/19/2018) |
| 01/14/2019 | 49 | Joint MOTION to Amend/Correct 45 Order,,, Set Hearings,, by USA as to Markara Man. (Attachments: # 1 Proposed Order)(Berrang, Alexander) (Entered: 01/14/2019) |
| 01/15/2019 | 50 | ORDERED that the U.S. Marshals and/or the Bureau of Prisons shall arrange for Defendant Markara Man to undergo a psychiatric or psychological examination as to Markara Man (see order for details). Signed by District Judge T. S. Ellis, III on 01/15/2019. (jlan) (Entered: 01/15/2019) |
| 02/13/2019 | 51 | Consent MOTION to Reset Status Hearing by USA as to Markara Man. (Attachments: # 1 Proposed Order)(Berrang, Alexander) (Entered: 02/13/2019) |
| 02/14/2019 | 52 | ORDER on 51 Consent MOTION to Reset Status Hearing; directing that the defendants sentencing remains held in abeyance and further ordering that the status hearing set for 3/1/2019, is reset for 4/12/2019 at 9:00 a.m. Signed by District Judge T. S. Ellis, III on 2/14/2019. (aott) (Entered: 02/14/2019) |
| 02/14/2019 | | Reset Hearings as to Markara Man: Status Hearing set for 4/12/2019 at 09:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (aott) (Entered: 02/14/2019) |
| 02/14/2019 | 53 | ORDER granting Request for Extension of Time from the Bureau of Prisons re Psychological Evaluation period of defendant. (See order for details). Signed by District Judge T. S. Ellis, III on 2/14/2019. (aott) (Entered: 02/14/2019) |
| 02/14/2019 | 54 | Letter from the Federal Bureau of Prisons re Extension of Time re Psychological Evaluation period. (aott) (Entered: 02/14/2019) |
| 04/04/2019 | 55 | MOTION to Continue *Unopposed Motion to Continue Status Hearing/Sentencing* by Markara Man. (Attachments: # 1 Proposed Order)(Lisull, Evan) (Entered: 04/04/2019) |
| 04/04/2019 | 56 | ORDER granting 55 Motion to Continue he sentencing-status hearing currently set for April 12 2019 be reset for Friday, May 17, 2019 at 9:00 a.m. as to Markara Man (1). Signed by District Judge T. S. Ellis, III on 4/4/19. (kbar) (Entered: 04/05/2019) |
| 04/05/2019 | | Reset Hearings as to Markara Man: Status Conference set for 5/17/2019 at 09:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (kbar) (Entered: 04/05/2019) |
| 05/09/2019 | 57 | Consent MOTION Convert Status Hearing to Sentencing by USA as to Markara Man. (Attachments: # 1 Proposed Order)(Berrang, Alexander) (Entered: 05/09/2019) |

| | | |
|---|---|---|
| 05/10/2019 | 58 | ORDER granting 57 Motion Consent MOTION Convert Status Hearing to Sentencing; ORDERED that the status hearing set for Friday, May 17, 2019, be converted to a sentencing as to Markara Man (1). Signed by District Judge T. S. Ellis, III on 05/10/2019. (jlan) (Entered: 05/10/2019) |
| 05/10/2019 | | Set Hearings as to Markara Man: Sentencing set for 5/17/2019 at 09:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (jlan) (Entered: 05/10/2019) |
| 05/17/2019 | 59 | Minute Entry for proceedings held before District Judge T. S. Ellis, III: Sentencing held on 5/17/2019 for Markara Man (1), Count(s) 1.<br>USA appeared through Alexander Berrang. Defendant appeared with Edward Robinson and Evan Lisull.<br>Court overruled defense objections as to the 6-level enhancement. Court ruled defendant is entitled to acceptance of responsibility. Offense level: 23; Criminal History I; Imprisonment Range 46 to 57 months. Letter from chairman made part of the PSIR. Defendant is sentenced to 20 months w/3 years SR Term w/special conds; $100 SA.<br>CONDS: Deft to pay any outstanding balancing towards his location monitoring financial obligation; participate in a substance program and mental health program; not possess/use a computer w/o PO approval; comply with computer monitoring requirements.<br>Deft to be designated to a facility that can accommodate deft's need for mental health treatment, administering his medication and monitoring proper food consumption. Defendant remanded.<br>Court Reporter: T. Harris<br>(tran) (Entered: 05/17/2019) |
| 05/17/2019 | 60 | PRESENTENCE INVESTIGATION REPORT (Final Presentence Investigation Report) (SEALED - government and defense counsel) as to Markara Man. (Attachments: # 1 Letter PSR attachment ltr)(palya, mary) (Entered: 05/17/2019) |
| 05/17/2019 | 61 | JUDGMENT as to Markara Man (1), Count(s) 1, 20 months w/3 Year SR Term w/special conds; $100 SA. Signed by District Judge T. S. Ellis, III on 05/17/2019. (tran) (Entered: 05/21/2019) |
| 05/17/2019 | 62 | Confidential Information Page re: Judgment as to Markara Man. (tran) (Entered: 05/21/2019) |
| 07/22/2020 | 63 | [FILED IN ERROR] Probation Jurisdiction Transferred to Central District of California as to Markara Man Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (shea, ) Modified on 7/23/2020 (shea, ). (Entered: 07/23/2020) |
| 07/29/2020 | 64 | Probation Jurisdiction Transferred to Central District of California as to Markara Man. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (shea) (Entered: 07/30/2020) |



FILED
CLERK, U.S. DISTRICT COURT
7/27/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

Prob 22 (VAE Rev. 3/13)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:18CR308

DOCKET NUMBER (Rec. Court)
2:20-cr-00316-VAP

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Markara Man | EASTERN DISTRICT OF VIRGINIA | Alexandria |

NAME OF SENTENCING JUDGE

The Honorable T. S. Ellis, III

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/3/2020 | TO 1/2/2023 |
|---|---|---|

OFFENSE:

Intimidating, Interfering With, or Retaliating Against a Federal Official by Threatening a Family Member, in violation of Title 18, Sections 115(a)(1)(A) and 1114

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/22/20
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JULY 24, 2020
Effective Date

United States District Judge

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.

MARKARA MAN

Defendant.

Case Number: 1:18-cr-00308-TSE-1

USM Number: 76573-112

Defendant's Attorney: Evan Michael Lisull, Esquire
Edward Robinson, Esquire

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1 of the Criminal Information.

Accordingly, the defendant is adjudicated guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C § 115(a)(1)(A) and 1114 | Intimidating, Interfering with, or Retaliating Against a Federal Official by Threatening a Family Member | Felony | 12/20/2017 | 1 |

As pronounced on May 17, 2019, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 17th day of May, 2019.

T. S. Ellis, III
United States District Judge

| | |
|---|---|
| **Defendant's Name:** | MAN, MARKARA |
| **Case Number:** | 1:18-cr-00308-TSE-1 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWENTY (20) MONTHS with credit for time already served as calculated by the Bureau of Prisons pursuant to statute.

The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends that he defendant be designated to a facility that can accommodate defendant's need for Mental Health Treatment, administering his medications, and monitoring proper food consumption for his daily diet.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows: _____

Defendant delivered on _____ to_____
at_____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 2:20-cr-00316-VAP Document 31 Filed 07/30/20 Page 10 of 19 Page ID #:113
Case 1:18-cr-00308-TSE Document 61 Filed 05/17/19 Page 3 of 10 PageID# 590

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case — Page 3 of 6
Sheet 3 – Supervised Release

Defendant's Name: MAN, MARKARA
Case Number: 1:18-cr-00308-TSE-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of Supervised Release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation, it is a condition of Supervised Release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISED RELEASE

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:
1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 2:20-cr-00316-VAP Document 31 Filed 07/30/20 Page 11 of 19 Page ID #:614
Case 1:18-cr-00308-TSE Document 61 Filed 05/17/19 Page 4 of 10 PageID# 591
AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Sheet 3A – Supervised Release
Page 4 of 6

**Defendant's Name:** MAN, MARKARA
**Case Number:** 1:18-cr-00308-TSE-1

# SPECIAL CONDITIONS OF SUPERVISION

While on Supervised Release pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) The defendant shall pay any outstanding balance towards his/her court ordered location monitoring financial obligation, including any incurred while on pretrial supervision, as directed by the probation officer.

2) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

3) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.

4) The defendant shall not possess or use a computer to access any online computer services at any location, including employment, without the prior approval of the probation officer. This includes any internet service providers, bulletin board systems, or any other public or private computer network.

5) The defendant shall comply with the requirements of the computer monitoring program as administered by the probation office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall also notify others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant.

Case 2:20-cr-00316-VAP Document 31 Filed 07/30/20 Page 12 of 19 PageID #:15
Case 1:18-cr-00308-TSE Document 61 Filed 05/17/19 Page 5 of 10 PageID# 592
AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Page 5 of 6

| | |
|---|---|
| **Defendant's Name:** | MAN, MARKARA |
| **Case Number:** | 1:18-cr-00308-TSE-1 |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Count | Assessment | Fine | Restitution |
|---|---|---|---|---|
| | 1 | $100.00 | $0.00 | $0.00 |
| **TOTALS:** | | **$100.00** | **$0.00** | **$0.00** |

## FINES

No fines have been imposed in this case.

## RESTITUTION

No restitution has been imposed in this case.

Case 2:20-cr-00316-VAP Document 31 Filed 07/30/20 Page 13 of 19 PageID# 616
Case 1:18-cr-00308-TSE Document 61 Filed 05/17/19 Page 6 of 10 PageID# 593

AO 245B (Rev. 09/11) (VAED rev. 2) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Page 6 of 6

| | |
|---|---|
| **Defendant's Name:** | MAN, MARKARA |
| **Case Number:** | 1:18-cr-00308-TSE-1 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be due in full immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed. Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

Case 2:20-cr-00316-VAP Document 61 Filed 07/30/20 Page 14 of 19 Page ID #:617
Case 1:18-cr-00308-TSE Document 61 Filed 09/17/19 Page 7 of 10 PageID# 394
AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Statement of Reasons – Page 1

| Defendant's Name: | MAN, MARKARA |
|---|---|
| Case Number: | 1:18-cr-00308-TSE-1 |

# STATEMENT OF REASONS[1]

## I COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT

A. ☐ The court adopts the presentence investigation report without change.

B. ☒ The court adopts the presentence investigation report with the following changes.
(Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.) (Use page 4 if necessary.)

1. ☐ Chapter Two of the U.S.S.G. Manual determinations by court (including changes to base offense level or specific offense characteristics):

2. ☒ Chapter Three of the U.S.S.G. Manual adjustment determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

   The Court finds that the defendant should receive credit for acceptance of responsibility and finds the offense level to be 23 rather than 26.

3. ☐ Chapter Four of the U.S.S.G. Manual determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

4. ☐ Additional Comments or Findings (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions. Specify court comments or findings, including paragraphs in the presentence report.)

C. ☐ The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P.32.

## II COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)

A. ☒ No count of conviction carries a mandatory minimum sentence.

B. ☐ Mandatory minimum sentence imposed.

C. ☐ One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

   ☐ findings of fact in this case
   ☐ substantial assistance (18 U.S.C. § 3553(e))
   ☐ the statutory safety valve (18 U.S.C. § 3553(f))

## III COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):

| | |
|---|---|
| Total Offense Level: | 26 ➜ 23 |
| Criminal History: | I |
| Imprisonment Range: | 63 to 78 months ➜ 46 to 57 months |
| Supervised Release: | 1 to 3 years |
| Fine Range | $25,000 to $250,000 |

☒ Fine waived or below the guideline range because of inability to pay.

Case 2:20-cr-00316-VAP Document 31 Filed 07/30/20 Page 15 of 19 Page ID #:418
Case 1:18-cr-00308-TSE Document 61 Filed 05/17/19 Page 8 of 10 PageID# 595
AO 245B (Rev. 09/11) VAED rev. 2) Judgment in a Criminal Case
Statement of Reasons – Page 2

Defendant's Name: MAN, MARKARA
Case Number: 1:18-cr-00308-TSE-1

# STATEMENT OF REASONS

**IV  ADVISORY GUIDELINE SENTENCING DETERMINATION (Check only one.)**

A. ☐ The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.

B. ☐ The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons. (Use page 4 if necessary.)

C. ☐ The court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual. (Also complete Section V.)

D. ☒ The court imposed a sentence outside the advisory sentencing guideline system. (Also complete Section VI.)

**V  DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES (If applicable.)**

A. **The sentence imposed departs (Check only one.):**
   ☐ below the advisory guideline range
   ☐ above the advisory guideline range

B. **Departure based on (Check all that apply.):**

   1  **Plea Agreement (Check all that apply and check reason(s) below.):**
      ☐ 5K1.1 plea agreement based on the defendant's substantial assistance
      ☐ 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
      ☐ binding plea agreement for departure accepted by the court
      ☐ plea agreement for departure, which the court finds to be reasonable
      ☐ plea agreement that states that the government will not oppose a defense departure motion

   2  **Motion Not Addressed in a Plea Agreement (Check all that apply and check reason(s) below.):**
      ☐ 5K1.1 government motion based on the defendant's substantial assistance
      ☐ 5K3.1 government motion based on Early Disposition or "Fast-track" Program
      ☐ government motion for departure
      ☐ defense motion for departure to which the government did not object
      ☐ defense motion for departure to which the government objected

   3  **Other**
      ☐ Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C. **Reason(s) for Departure (Check all that apply other than 5K1.1 or 5K3.1)**

| | | |
|---|---|---|
| ☐ 4A1.3 Criminal History In Adequacy | ☐ 5K2.1 Death | ☐ 5K2.11 Lesser Harm |
| ☐ 5H1.1 Age | ☐ 5K2.2 Physical Injury | ☐ 5K2.12 Coercion and Duress |
| ☐ 5H1.2 Education and Vocational Skills | ☐ 5K2.3 Extreme Psychological Injury | ☐ 5K2.13 Diminished Capacity |
| ☐ 5H1.3 Mental and Emotional Condition | ☐ 5K2.4 Abduction or Unlawful Restraint | ☐ 5K2.14 Public Welfare |
| ☐ 5H1.4 Physical Condition | ☐ 5K2.5 Property Damage or Loss | ☐ 5K2.16 Voluntary Disclosure of Offense |
| ☐ 5H1.5 Employment Record | ☐ 5K2.6 Weapon or Dangerous Weapon | ☐ 5K2.17 High-Capacity Semiautomatic Weapon |
| ☐ 5H1.6 Family Ties and Responsibilities | ☐ 5K2.7 Disruption of Government Function | ☐ 5K2.18 Violent Street Gang |
| ☐ 5H1.11 Military Record, Charitable Services, Good Works | ☐ 5K2.8 Extreme Conduct | ☐ 5K2.20 Aberrant Behavior |
| | ☐ 5K2.9 Criminal Purpose | ☐ 5K2.21 Dismissed and Uncharged Conduct |
| ☐ 5K2.0 Aggravating or Mitigating Circumstances | ☐ 5K2.10 Victim's Conduct | ☐ 5K2.22 Age or Health of Sex Offenders |
| | | ☐ 5K3.1 Early Disposition, "fast-track" Program |
| | | ☐ 5K2.23 Discharged Terms of Imprisonment |
| | | ☐ Other guideline basis (e.g., 2B1.1 commentary) |

D. **Explain the facts justifying the departure. (Use page 4 if necessary.)**

| Defendant's Name: | MAN, MARKARA |
|---|---|
| Case Number: | 1:18-cr-00308-TSE-1 |

# STATEMENT OF REASONS

**VI   COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply.)

A. **The sentence imposed is** (Check only one.):
   - ☒ below the advisory guideline range
   - ☐ above the advisory guideline range

B. **Sentence imposed pursuant to** (Check all that apply.):
   1   Plea Agreement (Check all that apply and check reason(s) below.):
   - ☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the court
   - ☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
   - ☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the advisory guideline system

   2   Motion Not Addressed in a Plea Agreement (Check all that apply and check reason(s) below.):
   - ☐ government motion for a sentence outside of the advisory guideline system
   - ☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object.
   - ☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

   3   Other
   - ☒ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (Check reason(s) below.):

C. **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)

   - ☒ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)
   - ☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C § 3553(a)(2)(A))
   - ☐ to afford adequate deterrence to criminal conduct (18 U.S.C § 3553(a)(2)(B))
   - ☐ to protect the public from further crimes of the defendant (18 U.S.C § 3553(a)(2)(c))
   - ☒ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C § 3553(a)(2)(D))
   - ☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C § 3553(a)(6))
   - ☐ to provide restitution to any victims of the offense (18 U.S.C § 3553(a)(7))

D. **Explain the facts justifying a sentence outside the advisory guideline system. (Use page 4 if necessary.)**

Case 2:20-cr-00306-YSP Document 61 Filed 07/30/20 Page 17 of 19 PageID# 339
AO 245B (Rev. 09/11) (VAED rev. 2) Judgment in a Criminal Case
Statement of Reasons – Page 4

| | |
|---|---|
| **Defendant's Name:** | MAN, MA E KARA |
| **Case Number:** | 1:18-cr-00308-TSE-1 |

# STATEMENT OF REASONS

## VII   COURT DETERMINATIONS OF RESTITUTION

- A. ☐ Restitution not applicable.
- B. Total Amount of Restitution: $
- C. Restitution not ordered (Check only one.):
  1. ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).
  2. ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).
  3. ☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).
  4. ☒ Restitution is not ordered for other reasons: **The government does not request restitution as the victim has not submitted a request for restitution.**
- D. ☐ Partial restitution is ordered under 18 U.S.C. § 3553(c) for these reasons:

## VIII   ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE (If applicable.)


Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.
Date of Imposition of Judgment: May 17, 2019

FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2018 AUG 15 P 1: 12

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:18-CR-__308__
)
MARKARA MAN, ) The Honorable __TSE__
)
*Defendant.* )

## CRIMINAL INFORMATION

**COUNT 1**
(Intimidating, Interfering with, or Retaliating
Against a Federal Official by Threatening a Family Member)

THE U.S. ATTORNEY CHARGES THAT:

On or about December 20, 2017, within the Eastern District of Virginia and elsewhere, the defendant, MARKARA MAN, did knowingly, intentionally, and unlawfully threaten to murder a member of the immediate family of a U.S. official whose killing would be a crime under Section 1114 of Title 18 with the intent to intimidate and interfere with such official while engaged in the performance of official duties, and with the intent to retaliate against such official on account of the performance of official duties.

(In violation of Title 18, U.S. Code, Sections 115(a)(1)(A) and 1114.)

## FORFEITURE NOTICE

The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, as described herein.

Pursuant to Federal Rule of Criminal Procedure 32.2(a), 18 U.S.C. 981(c), and 28 U.S.C. § 2461(c), the defendant is hereby notified that, upon a conviction for violating 18 U.S.C. § 115(a)(1)(A), the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of § 115(a)(1)(A).

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1)–(2) and 28 U.S.C. § 2461(c), the United States also may seek an order that forfeits substitute property if, by any act or omission of the defendant, the property directly derived from or involved in the charged violation cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, U.S. Code, Sections 981(c) and 982(b)(1)–(2); Title 21, U.S. Code, Section 853(p); Title 28, U.S. Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

G. Zachary Terwilliger
United States Attorney

By: _____ on behalf of Alexander Berrang
Alexander P. Berrang
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Fax: 703-299-3981
Email: Alexander.P.Berrang@usdoj.gov

2